IN THE
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

FIBREBOND CORPORATION,
    Plaintiff,

v.

MILLSTONE CAPITAL ADVISORS, LLC, FSM FUND I, L.P., AND LEE HOFMANN,
    Defendants.

Case No. 1:16-cv-01084-MMM-JEH

### Order

The Plaintiff's Complaint (Doc. 1) asserts diversity of citizenship as the basis of the Court's subject matter jurisdiction. The allegations of the Complaint do not sufficiently support that assertion.

The Complaint alleges the following information about the parties. Plaintiff Fibrebond is a Louisiana corporation headquartered in Minden, Louisiana. Defendant Millstone Capital Advisors, LLC is organized under the laws of Missouri and located in St. Louis, Missouri. Upon information and belief, no members of Millstone are citizens of Louisiana. Defendant FSM Fund I, L.P. is organized under the laws of Delaware and located in St. Louis, Missouri. FSM General Partner, LLC is the general partner of FSM. Upon information and belief, no member of FSM General Partner, LLC is a citizen of Louisiana. Defendant Lee Hofmann is a citizen of Illinois.

First, a limited partnership is a citizen of every state of which any partner, general or limited, is a citizen. *America's Best Inns, Inc. v. Best Inns of Abilene, L.P.*, 980 F.2d 1072, 1073 (7th Cir. 1992). While the Complaint in this case indicates that Defendant FSM Fund I, L.P.'s general partner is FSM General Partner, LLC,

1

obviously, FSM Fund I, L.P. cannot just have one partner. The Court must know the citizenship of every partner of Defendant FSM Fund I, L.P.

Next, asserting jurisdiction on the basis of "information and belief" is insufficient to invoke diversity jurisdiction. *America's Best Inns, Inc.*, 980 F.2d at 1074 ("to the best of my knowledge and belief" is insufficient to invoke diversity jurisdiction); *Page v. Wright*, 116 F.2d 449, 451 (7th Cir. 1940) (expressing serious doubts as to whether the record could be sustained in the face of a direct jurisdictional attack where diversity jurisdiction was asserted, in part, based upon information and belief).

Accordingly, the Plaintiff is directed to file an amended complaint that adequately alleges the factual basis for this Court's jurisdiction. The amended complaint shall be filed within seven days of this date.

*It is so ordered.*

Entered on March 29, 2016.

s/Jonathan E. Hawley
U.S. MAGISTRATE JUDGE